OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RTS

02 1M
0004279596

$ 00.26⁵

JAN 22 2015

MAILED FROM ZIP CODE 78701

1/21/2015

**SMITH, KENNETH EARL      Tr. Ct. No. 1246787-A**      WR-82,611-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk



KENNETH EARL SMITH

Released